1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAM OSTRANDER,<br><br>            Plaintiff,<br><br>    v.<br><br>FREMONT INVESTMENT & LOAN, FREMONT GENERAL CREDIT CORPORATION, FREMONT REORGANIZING CORPORATION, CEO RICHARD A. SANCHEZ; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., CEO RONALD K. ARNOLD; MORGAN STANLY, dba: SAXON CAPITOL dba SAXON MORTGAGE SERVICES, CEO JOHN J. MACK; HSBC BANK USA, National Association, as Trustee for ACE 2005-HE1, CEO PAUL J. LAWRENCE; QUALITY LOAN SERVICE CORPORATION, as Successor Trustee, Substitute Trustee; JIM MCCAULEY, PLACER COUNTY CLERK RECORDER, EDWARD N. BONNER, PLACER COUNTY SHERIFF CORONER; And all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto; DOES 1 THROUGH 15,<br><br>            Defendants. | Case No. 2:09-CV-00099 JAM-KJM |

| | |
|---|---|
| BEVERLY J. OSTRANDER,<br><br>                    Plaintiff,<br><br>     v.<br><br>FREMONT INVESTMENT & LOAN, FREMONT GENERAL CREDIT CORPORATION FREMONT REORGANIZING CORPORATION, CEO RICHARD A. SANCHEZ, HSBC, N.A. BANK USA, N.A., as Trustee under the Pooling and Servicing Agreement for FREMONT HOME LOAN TRUST 2005-A, CEO PAUL J. LAWRENCE, LANDAMERICA DEFAULT SERVICES, PRESIDENT CARL BROWN, LITTON LOAN SERVICING LP, CEO LARRY B. LITTON SR., MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., CEO ROLAND K. ARNOLD, SPECIALIZED LOAN SERVICING, LLC, CEO JOHN BEGGINS, And all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto, Does 1 through 15,<br><br>                    Defendants. | Case No. 2:09-CV-01392 MCE-KJM |
| NYCOLE Y. OSTRANDER,<br><br>                    Plaintiff,<br><br>     v.<br><br>HSBC-BANK USA, N.A., as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2005, FREMONT HOME LOAN TRUST 2005-A, CEO Martin J. G. Glynn; FREMONT INVESTMENT & LOAN, N.A., CEO Stephen H. Gordon; LITTON LOAN SERVICING LP, CEO Larry B. Litton Sr., as loan servicer; CROWN LENDING CORPORATION, N.A., CEO Daniel S. Ysias; QUALITY LOAN SERVICE CORPORATION, CEO | Case No. 2:09-CV-01255 JAM-EFB<br><br>**NON-RELATED CASE ORDER** |

1  Kevin R. McCarthy, as TRUSTEE;        )
   COUNTRYWIDE HOME LOANS, INC.,         )
2  N.A., CEO Angelo R. Mozillo;          )
   COUNTRYWIDE HOME LOANS                )
3  SERVICING, LP, And all persons        )
   unknown, claiming any legal or        )
4  equitable right, title, estate,       )
   lien, or interest in the              )
5  property described in the             )
   complaint adverse to plaintiff's      )
6  title, or any cloud upon              )
   plaintiff's title thereto, Does       )
7  1 through 15,                         )
                                         )
8                                        )
                  Defendants.            )
9                                        )
                                         )
10                                       )
                                         )
11 ─────────────────────────────────

12      A Notice of Related Cases was filed concerning the above-

13 captioned cases on May 22, 2009.  See Local Rule 83-123 (E.D. Cal.

14 2005).  On review of the cases, the Court finds that the cases

15 ought not be related or reassigned.  This order is issued for

16 informational purposes only, and shall have no effect on the status

17 of the cases, including any previous Related (or Non-Related) Case

18 Order of this Court.

19

20 IT IS SO ORDERED.

21 DATED:  June 8, 2009                    _____
                                           JOHN A. MENDEZ,
22                                         UNITED STATES DISTRICT JUDGE

3