1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  NYCOLE Y. OSTRANDER,

11          Plaintiff,                          No. CIV S-09-1255 JAM EFB PS

12      vs.

13  HSBC BANK USA, N.A., et al.,

14          Defendants.                         ORDER
                                   /
15

16      This court's order to show cause, filed June 29, 2009, directs plaintiff Nycole Ostrander

17  to show cause why sanctions should not be imposed due to her failure to file an opposition to

18  defendants' pending motions to dismiss, previously scheduled for hearing on July 8, 2009.

19  Plaintiff's opposition should have been filed on or before June 24, 2009.  *See* E. D. Cal. L. R.

20  ("Local Rule") 78-230(c). See Dckt. No. 24.

21      However, plaintiff filed her opposition, or "objections," to the pending motions, on June

22  26, 2009 (a Friday), which necessarily were not docketed by the Clerk of Court until June 29,

23  2009 (a Monday).  *See* Dckt. No. 26.  The docketing of plaintiff's opposition preceded the filing

24  of the court's order to show cause.

25      While plaintiff's opposition was untimely, the court will nonetheless consider it, in

26  deference to plaintiff's *pro se* status.  The order to show cause will therefore be discharged.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The order to show cause filed by this court on June 29, 2009, Dckt. No. 24, is discharged;

2.  The hearing on defendants' motions to dismiss shall remain scheduled for July 29, 2009, at 10:00 a.m. in Courtroom No. 25; and,

3.  No further filing is required by plaintiff.

SO ORDERED.

DATED:  July 7, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE